IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JENNY STAFFORD                                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO.: 3:15-CV-140-DMB-JMV

DESOTO ACQUISITION AND DEVELOPMENT CORPORATION;
MEMPHIS STREET CAFÉ, LLC; and
NATALIA GUDKOVSKAYA                                                                       DEFENDANTS

## ORDER

By Order dated September 17, 2015, Plaintiff was required to file a statement of jurisdiction within five days "outlining the appropriate states of citizenship necessary to establish complete diversity" in this case. The Court had pointed out that the Complaint failed to identify the citizenship of the members of Defendant Memphis Street Café, LLC. In its Statement of Jurisdiction [9] filed September 21st, Plaintiff states:

1. Natalia Gudkovskaya is a Mississippi resident.

Having reviewed Plaintiff's Statement of Jurisdiction, along with the Complaint, the Court finds Plaintiff's allegations of jurisdiction remain defective. Plaintiff has failed to identify that Defendant, Natalia Gudkovskaya, is a resident citizen, as is required to establish complete diversity under 28 U.S.C. § 1332(a). Plaintiff will have additional time until 5:00 p.m. on Monday, October 5, 2015, to cure this defect.

SO ORDERED this 2nd day of October, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**